```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
FRANKIE MONEGRO, :
*on behalf of himself and all others similarly situated*, :
: 1:20-cv-07674-GHW
Plaintiff, :
: ORDER
-against- :
:
RETAIL CONCEPTS, INC., :
:
Defendant. :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

     Plaintiff commenced this action on September 17, 2020, alleging violations of the Americans with Disabilities Act and the New York City Human Rights Law. Dkt. No. 1. Defendant was served on September 25, 2020. Dkt. No. 9. The deadline for Defendant to answer the complaint was October 16, 2020. *Id.*

     Plaintiff is directed to submit a letter to the Court regarding the status of the case no later than November 25, 2020. Plaintiff is further directed to serve this order on Defendant and file proof of service on the docket.

     SO ORDERED.

Dated: November 18, 2020
New York, New York

                                                                                               GREGORY H. WOODS
                                                                                              United States District Judge